In the United States District Court
For the District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 FEB 11 AM 8: 36

CLERK-ALBUQUERQUE /mn

Anne Janan,
   Plaintiff,
v.
Donald Trump,
In his capacity as U.S. President.
The U.S. Electoral College,
   Defendants.

Summons in a Civil Suit

19cv49 KK/KBM
MV

To  The U.S. Electoral College
   700 Pennyslvania Ave N.W.
   Washington, DV 20408

      A lawsuit has been filed against you.

Within 21 days after service of this summons (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff or answer to the attached complaint or a motion under Rule 12 of the Federal Rules of the Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney are:

                  Anne Janan
                  (505)304-5742
              4708Cutting N.W.
            Albuquerque, NM 87114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the court.

Deputy
CLERK OF COURT

Dated: 1/18/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* US ELECTORAL COLLEGE

was received by me on *(date)* 1/30/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* US ELECTORAL COLLEGE , who is
designated by law to accept service of process on behalf of *(name of organization)* (see Attached)
US Electoral College on *(date)* 1/30/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/11/19

Server's signature

Gary Henderson
Printed name and title

4708 Cutting NW ABQ NM 87114
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Electoral college
700 Pennsylvania Avenue
Washington DC
20408

9590 9402 4546 8278 4412 14

2. Article Number (Transfer from service label)

7030 0001 9694 9150

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): BUNK
C. Date of Delivery: 1/30/19

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

S Electoral College
100 Pennsylvania
Washington DC 20408

9590 9402 4343 8190 1514 32

2. Article Number (Transfer from service label)

7018 1830 0001 8491 8892

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): BUNK
C. Date of Delivery: 1/30/19

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt